FILED '10 FEB 26 13:10 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

THE TRAVELERS INDEMNITY )
COMPANY, a Connecticut )
corporation and wholly owned )
subsidiary of Travelers )
Insurance Group Holdings, Inc. )
a Delaware corporation, )
                               )
            Plaintiff, )
                               ) Civil No. 09-1178-TC
    v.                         )
                               ) ORDER
JESSE SOLOMON MCLAUGHLIN, )
                               )
            Defendants. )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 22, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin

1    - ORDER

Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion to dismiss is granted.

DATED this ____26th____ day of February, 2010.

_____
Michael C. Hogan
United States District Judge

2   - ORDER